**CT CORPORATION**
A WoltersKluwer Company


EXHIBIT A

**Service of Process Transmittal**
05/22/2007
Log Number 512245488

6346164007 / SSH

**TO:** Kim Turner
Allstate Insurance Company - Nashville MCO
555 Marriott Drive, Suite 650
Nashville, TN, 37214

**RE:** Process Served in Tennessee

**FOR:** ALLSTATE INSURANCE COMPANY (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Robert Walker and Elizabeth Walker, Pltfs. vs. Allstate Insurance Company, Dft.

**DOCUMENT(S) SERVED:** Letter, Summons, Complaint, Cost Bond

**COURT/AGENCY:** Madison County Circuit Court, TN
Case # C07142

**NATURE OF ACTION:** Insurance Litigation - Dft has failed and refused to made payments to the Pltfs due to house fire which occured on 06/09/06

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Knoxville, TN

**DATE AND HOUR OF SERVICE:** By Certified Mail on 05/22/2007 postmarked on 05/18/2007

**APPEARANCE OR ANSWER DUE:** Within 30 days after the summons has been served upon you, not including the day of service

**ATTORNEY(S) / SENDER(S):** A. Russell Larson
211 East Main Street
Post Office Box 2163
Jackson, TN, 38302-2163
731-422-3344

**REMARKS:** Process served/received by the Insurance Commissioner on 05/14/07, and mailed to CT Corporation System on 05/22/07.

**ACTION ITEMS:** SOP Papers with Transmittal, via Fed Ex Priority Overnight, 790253617184
Email Notification, Patti Gariti pgarq@allstate.com

**SIGNED:** C T Corporation System
**ADDRESS:** 800 S. Gay Street
Suite 0221
Knoxville, TN, 37929-9710
**TELEPHONE:** 865-342-3522

**ReceiveD**
MAY 29 2007
NASHVILLE MCO

Page 1 of 1 / BC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.



STATE OF TENNESSEE
DEPARTMENT OF COMMERCE AND INSURANCE
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243-1131

May 18, 2007

Allstate Ins Company % C T Corp.
800 South Gay Street, Ste 2021
Knoxville, TN 37929-9710
NAIC # 19232

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7006 2150 0004 6619 8632
Cashier # 3382

Re: Robert & Elizabeth Walker  V.  Allstate Ins Company % C T Corp.

Docket # C07-142

To Whom It May Concern:

We are enclosing herewith a document that has been served on this department on your behalf in connection with the above-styled matter.

I hereby make oath that the attached Complaint was served on me on May 14, 2007 by Robert & Elizabeth Walker pursuant to Tenn. Code Ann. § 56-2-504 or § 56-2-506. A copy of this document is being sent to the Circuit Court of Madison County, TN.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
    Madison County
    515 South Liberty
    Jackson, Tn 38301

Service of Process 615.532.5260

<u>STATE OF TENNESSEE, MADISON COUNTY</u>
<u>Circuit Court</u>

ROBERT WALKER
and wife, ELIZABETH WALKER

SUMMONS IN A CIVIL ACTION
No. C07-142

Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY

**Allstate Insurance Company**
c/o Commissioner of Insurance

Defendant

**ADDRESS**

TO THE ABOVE NAMED DEFENDANT(S)

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the **COMPLAINT** upon **A. Russell Larson**, Plaintiff's attorney, whose address is **211 East Main Street (38301), P. O. Box 2163, Jackson, TN 38302-2163 (731) 422-3344**. Within THIRTY (30) DAYS after the summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

ISSUED this 4 day of May, 2007

IF YOU HAVE A DISABILITY
AND REQUIRE ASSISTANCE,
PLEASE CALL
731-988-3070

JUDY BARNHILL, CLERK

BY: R. Cauthon
Deputy Clerk

## RETURN ON SERVICE OF SUMMONS

**I HEREBY CERTIFY THAT I HAVE SERVED THE WITHIN SUMMONS:**

By delivering on the ____ day of _____, 20____, at _____.M. a copy of the summons together with a copy of the complaint herein as follows: _____

Sheriff

Deputy Sheriff

IN THE CIRCUIT COURT OF TENNESSEE
FOR MADISON COUNTY

ROBERT WALKER, )
and wife, ELIZABETH WALKER, )
 )
Plaintiffs, )
 )
vs. ) CIVIL ACTION NO: _____
 ) JURY DEMANDED
ALLSTATE INSURANCE COMPANY, )
 ) C07-142 Div. III
Defendant, )

FILED MAY 04 2007
JUDY BARNHILL, CIRCUIT COURT CLERK
BY _____ DEPUTY CLERK
11:05 AM

## COMPLAINT

COMES NOW YOUR PLAINTIFFS, **ROBERT WALKER** and wife, **ELIZABETH WALKER**, and brings this cause of action against the Defendant, ALLSTATE INSURANCE COMPANY, for their cause of action would respectfully state and show unto this Honorable Court as follows, to wit:

### I: PARTIES

1. Your Plaintiffs, **Robert Walker** and **Elizabeth Walker**, are adult resident citizens of Madison County, Tennessee and are husband and wife.

2. The Defendant, Allstate Insurance Company, is an insurance company authorized to do business within the State of Tennessee and did, prior to June 2006, issue a policy of fire insurance on the home and contents of the Plaintiffs, Robert Walker and wife, Elizabeth Walker in Jackson, Madison County, Tennessee. The Defendant, Allstate

Page 1 of 5

Insurance Company, has designated the Commissioner of Insurance for the State of Tennessee as its registered agent for Service of Process.

## II: JURISDICTION AND VENUE

3. The Defendant is subject to Service of Process pursuant to the Long Arm Statute through the Tennessee Secretary of State's office.

4. No Petition regarding this claim has been previously filed in this Honorable Court.

5. This Court has jurisdiction pursuant to inter alia, T.C.A. §16-10-101.

6. Venue is proper in this Honorable Court pursuant to inter alia, T.C.A. §20-4-101, because all or part of this cause of action arose within Madison County, Tennessee..

## III: FACTS

7. On or about the 9TH day of June 2006 the Defendant, Allstate Insurance Company, did insure the Plaintiffs' dwelling house and contents against loss by injury or fire and other perils in a policy of insurance bearing Policy No. 0090630438, for the term of one year(s) in the amount of $109,660.00 for the dwelling house, $10,966.00 for other structures, and $76,762.00 for personal property loss.

8. On the 9TH day of June 2006 said house was totally destroyed by fire and the Defendant, Allstate Insurance Company, was given and does have notice pursuant to the respective policy of insurance, of this loss.

9. Although the Plaintiffs have performed all conditions precedent to their rights of recovery under the said policy of insurance, the Defendant, Allstate Insurance, has failed and refused to made payments to the Plaintiffs. The failure of the Defendant to pay the Plaintiffs is and has been totally without justification, the payments have been withheld from the Plaintiffs in bad faith, such that the Plaintiffs is entitled to recover, in addition to the amounts of the policy, an additional amount equal to TWENTY-FIVE (25) PERCENT of the face value of the policy, pursuant to T.C.A. §56-7-105.

## IV: RELIEF SOUGHT

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS, ROBERT WALKER AND WIFE, ELIZABETH WALKER, MOST RESPECTFULLY PRAYS AS FOLLOWS:**

1. That your Plaintiffs be allowed to file this their Complaint to recover under the policy of insurance as issued by the Defendant, Allstate Insurance Company.

2. That proper process issue and be served upon **Allstate Insurance Company** requiring the DEFENDANT to answer this Complaint lodged against them completely within THIRTY (30) days time of receipt of the Summons and Complaint, but the oath to its Answer is specifically waived.

3. That at a full and complete hearing in this matter your Plaintiffs, Robert Walker and wife, Elizabeth Walker, be granted a judgment in the amount of **ONE HUNDRED NINE THOUSAND SIX HUNDRED SIXTY ($109,660.00) DOLLARS** for the loss of the

Page 3 of 5

dwelling house, **TEN THOUSAND SIXTY HUNDRED SIXTY ($10,660.00) DOLLARS** for other structures, and **SEVENTY SIX THOUSAND SEVEN HUNDRED SIXTY TWO ($76,762.00) DOLLARS** for loss of personal property and contents, all as provided for in the policy of insurance issued by the Defendant, Allstate Insurance Company.

4. Your Plaintiffs further pray that they be awarded damages and attorney's fees as a direct and proximate result of the intentional and bad faith denial of this claim as provided for in T.C.A. §56-7-105.

5. That in addition thereto, your PLAINTIFFS have such other, further, and general relief to which they may be entitled to under the law and evidence.

6. That your PLAINTIFFS hereby demands a Jury of TWELVE (12) persons to try this case when all issues are joined.

**PLAINTIFFS FURTHER PRAYS FOR A JUDGMENT IN THEIR FAVOR AGAINST THE DEFENDANT, ALLSTATE INSURANCE COMPANY:**

Respectfully submitted,

_____
A. RUSSELL LARSON (BPR #07134)
Attorney for PLAINTIFFS, *Robert Walker and wife, Elizabeth Walker*
211 East Main Street (38301)
Post Office Box 2163
Jackson, Tennessee 38302-2163
(731) 422-3344

## COST BOND

WE DO HEREBY ACKNOWLEDGE ourselves as sureties for the cost of this cause not to exceed ONE THOUSAND and No/100 DOLLARS ($1,000.00).

_____
ROBERT WALKER
Principal


_____
ELIZABETH WALKER
Principal

_____
A. RUSSELL LARSON
Surety