# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

ROBERT WALKER
and wife, ELIZABETH WALKER                **JUDGMENT IN A CIVIL CASE**

v.

ALLSTATE INSURANCE
COMPANY                                     CASE NUMBER:    07-1108-B


**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that in accordance with the consent order entered in the above-styled matter on October 8, 2008, this case is hereby DISMISSED WITH PREJUDICE.

APPROVED:

                              s/ J. Daniel Breen
                              UNITED STATES DISTRICT JUDGE



                              THOMAS M. GOULD
                              CLERK


                         BY:  s/Emily J. Strope
                              DEPUTY CLERK